UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN P. MILES, Derivatively on Behalf of BP PLC,<br><br>              Plaintiff,<br><br>    v.<br><br>ANTHONY B. HAYWARD, IAIN C. CONN, ROBERT W. DUDLEY, BYRON E. GROTE, ANDY G. INGLIS, CARL-HENRIC SVANBERG, PAUL M. ANDERSON, ANTONY BURGMANS, CYNTHIA B. CARROLL, SIR WILLIAM M. CASTELL, GEORGE DAVID, IAN DAVIS, DOUGLAS J. FLINT, DEANNE S. JULIUS, H. LAMAR MCKAY, TRANSOCEAN LTD., TRANSOCEAN DEEP-WATER, INC., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., CAMERON INTER-NATIONAL CORPORATION, HALLIBURTON ENERGY SERVICES INC., "A, B, AND C" INSURANCE COMPANIES AS INSURERS OF TRANSOCEAN, "L, M, AND N" INSURANCE COMPANIES AS INSURERS OF CAMERON INTERNATIONAL, AND "X, Y, AND Z" INSURANCE COMPANIES AS INSURERS OF HALLIBURTON,<br><br>              Defendants,<br><br>    and<br><br>BP PLC,<br><br>              Nominal Defendant. | Case No. 2:10-cv-1446<br><br>Section "J"<br><br>Judge Barbier<br><br>Magistrate 4 |

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

- 1 -

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a), plaintiff herein voluntarily dismisses without prejudice his claims against defendants Transocean Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Cameron International Corporation, Halliburton Energy Services Inc., "A, B, and C" Insurance Companies as Insurers of Transocean, "L, M, and N" Insurance Companies as Insurers of Cameron International, and "X, Y and Z" Insurance Companies as Insurers of Halliburton in this action.

Dated: June 16, 2010.

Respectfully submitted,

KAHN SWICK & FOTI, LLC

By: /s/ Melinda Nicholson
Lewis S. Kahn (La. Bar No. 23805)
Albert M. Myers (admitted *pro hac vice*)
Michael A. Swick (admitted *pro hac vice*)
Paul Balanon (La. Bar No. 29076)
Melinda A. Nicholson (La. Bar No. 32911)
206 Covington Street
Madisonville, Louisiana 70447
Tel.: (504) 455-1400
Fax: (504) 455-1498


BERNSTEIN LITOWITZ
BERGER & GROSSMANN LLP

G. Anthony Gelderman III (La. Bar No. 17594)
2727 Prytania Street, Suite 14
New Orleans, LA 70130
Tel. (504) 899-2339
Fax: (504) 899-2342

Mark Lebovitch (admitted *pro hac vice*)
Amy Miller (admitted *pro hac vice*)
Jeremy Friedman (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019

Tel. (212) 554-1400
Fax: (212) 554-1444

*Attorneys for Plaintiff John P. Miles*