UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: DEEPWATER HORIZON | * | CIVIL ACTION |
| | * | NO.  10-CV-1156<br>C/W 10-CV-1196 |
| | * | |
| | * | SECTION "J" |
| | * | DIVISION "1" |
| | * | JUDGE CARL J. BARBIER |
| | * | MAGISTRATE SHUSHAN |
| | * | |
| | * | Applies to 10-CV-1156, 10-CV-1196, 10-CV-1222, 10-CV-1249, 10-CV-1250, 10-CV-1295, 10-CV-1316, 10-CV-1324, 10-CV-1339, 10-CV-1346, 10-CV-1351, 10-CV-1352, 10-CV-1411, 10-CV-1446, 10-CV-1452, 10-CV-1462, 10-CV-1472, 10-CV-1482, 10-CV-1484, 10-CV-1499, 10-CV-1502, 10-CV-1506, 10-CV-1512, 10-CV-1515, 10-CV-1540, 10-CV-1541, 10-CV-1542, 10-CV-1560, 10-CV-1561, 10-CV-1571, 10-CV-1573, 10-CV-1574, 10-CV-1613, 10-CV-1615, 10-CV-1630, 10-CV-1726 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Amended CMO No. 1

Interim Case Management Order #1 is hereby amended to include the following:

**IT IS ORDERED** that:

All pleadings hereafter filed in this consolidated proceeding shall bear the caption of Civil Action No. 10-1156, *In re: Deepwater Horizon*.  The pleadings shall list Section "J", Judge Carl J. Barbier as the presiding judge, and Division (1), Magistrate Judge Sally Shushan as the presiding magistrate judge.

The clerk of court shall establish a master file and a master docket sheet for the consolidated group of cases.

-2-

All entries shall be made on the master docket sheet only, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet.

All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual docket case.

All orders are to be electronically served on liaison counsel, who has the responsibility of forwarding any such orders to all other counsel of record.

In the event that a case is separated from the consolidated group, it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents.

    New Orleans, Louisiana, this 24th day of June, 2010.

_____
United States District Judge