UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In Re: BP P.L.C. SECURITIES | § | MDL NO. 2185 |
| LITIGATION | § | CIVIL ACTION NO. 4:10-md-2185 |
| | § | |

## **AMENDED ORDER**

The Court directs all parties submitting electronic filings via ECF to do so in the following manner:

1. All parties shall file one copy of their filings in the MDL action, *In Re: BP P.L.C. Securities Litigation*, Docket No. 4:10-md-2185.

2. In addition, parties shall file one copy of their filings in accordance with the guidelines below:

    a. For the consolidated shareholder derivative actions, *In re BP Shareholder Derivative Litigation*, the parties shall file a copy of their filings in Docket No. 4:10-cv-3447.

    b. For the ERISA class actions, *In re BP ERISA Litigation*, the parties shall file a copy of their filings in Docket No. 4:10-cv-4214.

    c. For the securities class actions, the parties shall file a copy of their filings in a docket number(s) to be designated after the Court has ruled on the pending motions to consolidate related actions, for appointment as lead plaintiff, and for approval of choice of co-lead counsel. Until the Court has issued its ruling on these motions, the parties in the securities class actions shall file only in Docket No. 4:10-md-2185.

3. Pro hac vice motions shall be filed in the MDL action, *In Re: BP P.L.C. Securities Litigation*, Docket No. 4:10-md-2185. In addition, parties may file pro hac vice motions

1

in Docket No. 4:10-cv-3447 (for the shareholder derivative litigation), Docket No. 4:10-cv-4214 (for the ERISA class actions), and, after the Court has decided the pending motions relating to the securities class actions, the docket number(s) to be designated for securities class actions.

4. With respect to the *In re ERISA Litigation*, recently consolidated by Court order dated November 30, 2010 (Docket No. 72 in 4:10-md-2185), parties are invited to renew any motions that may have been pending in the individual cases by filing the motions in both the MDL action, *In Re: BP P.L.C. Securities Litigation*, Docket No. 4:10-md-2185, and the *In re BP ERISA Litigation*, Docket No. 4:10-cv-4214.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 6th day of December, 2010.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE