IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: BP P.L.C. SECURITIES LITIGATION | ) MDL NO. 2185 <br> ) <br> ) Civil Action No. 4:10-md-2185 <br> ) <br> ) Hon. Keith P. Ellison |
| In Re: BP SHAREHOLDER DERIVATIVE LITIGATION | ) Civil Action No. 4:10-cv-3447 <br> ) <br> ) Hon. Keith P. Ellison <br> ) <br> ) |

### ORDER SETTING DATE TO FILE CONSOLIDATED AMENDED COMPLAINT

On this day the Court considered the BP Derivative Plaintiffs' Unopposed Motion to Extend Time to File Consolidated Amended Complaint. The Court, having considered the motion, is of the opinion that the motion should be granted.

IT IS THERFORE ORDERED that Co-Lead Counsel in the BP Shareholder Derivative Litigation shall have until February 4, 2011 to file a consolidated amended complaint.

SIGNED ON this 30th day of December, 2010.

_____
Judge Keith P. Ellison