# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE BP SECURITIES LITIGATION | ) <br> ) <br> ) <br> ) <br> ) | **MDL NO. 2185** <br> **C.A. NO. 4:10-md-2185** |
| | | |
| IN RE BP SHAREHOLDER DERIVATIVE <br> LITIGATION | ) <br> ) <br> ) | **MDL NO. 2185** <br> **C.A. NO. 4:10-cv-3447** |
| | | |
| IN RE BP ERISA LITIGATION | ) <br> ) <br> ) <br> ) <br> ) | **MDL NO. 2185** <br> **C.A. NO. 4:10-cv-4214** |

## STIPULATION REGARDING APPLICABILITY OF AMENDED FEDERAL RULE OF CIVIL PROCEDURE 26 AND [PROPOSED] ORDER

WHEREAS, Federal Rule of Civil Procedure 26 was amended effective on December 1, 2010;

WHEREAS, the United States Supreme Court has ordered that the amended rule shall govern in all proceedings commenced after December 1, 2010 and, insofar as just and practicable, in all proceedings pending as of that date;

WHEREAS, the above-captioned matters were pending as of December 1, 2010 and remain pending; and

WHEREAS, the parties to the above-captioned matters ("Parties"), by and through their respective counsel, agree that it is just and practicable for the amended Rule 26 to govern these

proceedings and desire that the amended Rule 26 apply to avoid the unnecessary expenditure of resources.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

1.       The amended Rule 26 of the Federal Rules of Civil Procedure, which took effect on December 1, 2010, shall govern these proceedings.

2.       The Parties need not produce copies of treatises or other readily accessible public source materials identified in an expert's report submitted pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) so long as such materials are identified by a commonly-understood citation.  Further, in lieu of reproducing documents previously produced in these actions, the parties may identify such documents by bates number.

Dated:  March 22, 2011

STIPULATED AND AGREED TO:

_____        _____
R. Paul Yetter                                      Richard W. Mithoff
YETTER COLEMAN LLP                  MITHOFF LAW FIRM
R. Paul Yetter                                      Richard W. Mithoff
Autry W. Ross                                     William J. Stradley
Two Houston Center                           One Allen Center
909 Fannin, Suite 3600                       500 Dallas Street
Houston, TX 77010                             Houston, TX 77002
Tel: (713) 632-8000                            Telephone:  713-654-1122
Fax: (713) 632-8002                           Fax:  713-739-8085

*Counsel for Lead Plaintiffs, New York and*        *Co-Lead Counsel for Ludlow Lead Plaintiffs and*
*Ohio, and Liaison Counsel for the Class*             *the Proposed Subclass*

proceedings and desire that the amended Rule 26 apply to avoid the unnecessary expenditure of resources.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

1. The amended Rule 26 of the Federal Rules of Civil Procedure, which took effect on December 1, 2010, shall govern these proceedings.

2. The Parties need not produce copies of treatises or other readily accessible public source materials identified in an expert's report submitted pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) so long as such materials are identified by a commonly-understood citation. Further, in lieu of reproducing documents previously produced in these actions, the parties may identify such documents by bates number.

Dated: March __, 2011

STIPULATED AND AGREED TO:

_____
R. Paul Yetter
YETTER COLEMAN LLP
R. Paul Yetter
Autry W. Ross
Two Houston Center
909 Fannin, Suite 3600
Houston, TX 77010
Tel: (713) 632-8000
Fax: (713) 632-8002

*Counsel for Lead Plaintiffs, New York and Ohio, and Liaison Counsel for the Class*

_____
Richard W. Mithoff
MITHOFF LAW FIRM
Richard W. Mithoff
William J. Stradley
One Allen Center
500 Dallas Street
Houston, TX 77002
Telephone: 713-654-1122
Fax: 713-739-8085

*Co-Lead Counsel for Ludlow Lead Plaintiffs and the Proposed Subclass*

Steven J. Toll (*pro hac vice*)
Daniel S. Sommers (*pro hac vice*)
Julie G. Reiser
Matthew K. Handley (*pro hac vice*)
Joshua M. Kolsky (*pro hac vice*)
COHEN MILSTEIN SELLERS
& TOLL PLC
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

Jeffrey C. Block (*pro hac vice*)
Jason M. Leviton (*pro hac vice*)
Whitney Street
BERMAN DEVALERIO
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194

*Counsel for Lead Plaintiffs, New York and
Ohio and Co-Lead Counsel for the Class*

Joseph W. Cotchett
Mark C. Molumphy
Jordanna G. Thigpen
Imtiaz A. Siddiqui
Matthew K. Edling
COTCHETT, PITRE & McCARTHY
840 Malcolm Road
Burlingame, CA 94010
Telephone:  (650) 697-6000
Fax:  (650) 697-0577

*Co-Lead Counsel for Ludlow Lead
Plaintiffs and the Proposed Subclass*

Thomas Robert Ajamie
Dona Szak
AJAMIE LLP
711 Louisiana, Ste. 2150
Houston, TX 77002
(713) 860-1600
Fax: (713) 860-1699

*Liaison Counsel for Derivative Plaintiffs*

Mark Lebovitch
Amy Miller
Jeremy Friedman
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 554-1400
Fax: (212) 554-1444

Lewis S. Kahn
Albert M. Myers
Michael A. Swick
Paul Balanon
Melinda A. Nicholson
KAHN SWICK & FOTI, LLC
206 Covington Street
Madisonville, LA 70447
Tel.: (504) 455-1400
Fax: (504) 455-1498

*Co-Lead Counsel for Derivative Plaintiffs*

Thomas W. Taylor (Tex. Bar No.
19723875)
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX 77002
Tel: (713) 220-4200
Fax: (713) 220-4285

Daryl A. Libow (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7500
Fax: (202) 956-6330

Richard C. Pepperman, II (*pro hac vice*)
Marc De Leeuw (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
Fax: (212) 291-9113

*Attorneys for Defendants BP, p.l.c., BP
America Inc., BP Corporation North
America, Inc., BP Corporation North
America, Inc. Savings Plan Investment
Oversight Committee, Anthony B.
Hayward, Iain C. Conn, Byron E. Grote,
Andy G. Inglis, Carl-Henric Svanberg,
Paul M. Anderson, Antony Burgmans,
Cynthia B. Carroll, William M. Castell,
George David, Ian Davis, Douglas J.
Flint, Deanne S. Julius, H. Lamar McKay,
Gregory T. Williamson, Stephanie C.
Atkins, Richard Dorazil, Neil Shaw,
Thomas L. Taylor and Robert A. Malone*

Wilber H. Boies
Aron J. Frakes
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
312-372-2000

*Attorneys for State Street Bank and Trust*

Thomas W. Taylor (Tex. Bar No.
19723875)
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, TX 77002
Tel: (713) 220-4200
Fax: (713) 220-4285

Daryl A. Libow (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7500
Fax: (202) 956-6330

Richard C. Pepperman, II (*pro hac vice*)
Marc De Leeuw (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
Fax: (212) 291-9113

*Attorneys for Defendants BP, p.l.c., BP
America Inc., BP Corporation North
America, Inc., BP Corporation North
America, Inc. Savings Plan Investment
Oversight Committee, Anthony B.
Hayward, Iain C. Conn, Byron E. Grote,
Andy G. Inglis, Carl-Henric Svanberg,
Paul M. Anderson, Antony Burgmans,
Cynthia B. Carroll, William M. Castell,
George David, Ian Davis, Douglas J.
Flint, Deanne S. Julius, H. Lamar McKay,
Gregory T. Williamson, Stephanie C.
Atkins, Richard Dorazil, Neil Shaw,
Thomas L. Taylor and Robert A. Malone*

Wilber H. Boies
Aron J. Frakes
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
312-372-2000

*Attorneys for State Street Bank and Trust*

Having considered the Stipulation Regarding Applicability of Amended Federal Rule of Civil Procedure 26 submitted by the parties concurrently herewith and for good cause appearing for the entry of this Order pursuant to Rule 26 of the Federal Rules of Civil Procedure,

**IT IS SO ORDERED.**

Signed:  March __, 2011

_____

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE