UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE BP SHAREHOLDER DERIVATIVE LITIGATION | ) MDL NO. 2185 )  ) ) Case No. 4:10-cv-03447 ) ) ) |
| IN RE: BP P.L.C. SECURITIES LITIGATION | ) Civil Action No. 4:10-md-2185 ) ) ) HON. KEITH P. ELLISON ) ) |

NOTICE OF APPEARANCE

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Mary K. Blasy of the law firm of Scott+Scott LLP, located at 707 Broadway, Suite 1000, San Diego, CA 92101, hereby appears as attorney of record, on behalf of Plaintiffs.

Plaintiffs request that Ms. Blasy be added to the docket and that e-mail notifications be provided to Ms. Blasy at the following address: mblasy@scott-scott.com.

Dated: March 29, 2011          SCOTT+SCOTT LLP

                              Mary K. Blasy (admitted *pro hac vice*)
                              Walter W. Noss
                              707 Broadway, Suite 1000
                              San Diego, CA 92101
                              Tel.: 619-233-4565
                              Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 29, 2011.

  /s/ Mary K. Blasy  
MARY K. BLASY  
SCOTT+SCOTT LLP  
707 Broadway, Suite 1000  
San Diego, CA 92101  
Telephone: 619-233-4565  
Fax: 619-233-0508  
E-mail: mblasy@scott-scott.com