IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: BP SHAREHOLDER DERIVATIVE LITIGATION | MDL NO. 2185 |
| | Civil Action No. 4:10-cv-3447 |
| In Re: BP P.L.C. SECURITIES LITIGATION | Civil Action No. 4:10-md-2185 |
| | Hon. Keith P. Ellison |

**[PROPOSED] ORDER MODIFYING APPOINTMENTS
TO EXECUTIVE COMMITTEE
IN BP SHAREHOLDER DERIVATIVE LITIGATION**

On October 12, 2010, the Court entered an Order Consolidating Actions and Appointing Co-Lead Counsel in the BP Shareholder Derivative Litigation (Docket No. 65 (No. 4:10-cv-3447)). The BP Derivative Plaintiffs have moved to add two additional firms, Barack Rodos & Bacine and Chimicles and Tikellis LLP, as co-chairs of the Executive Committee. Having considered the motion, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Court's Order dated October 12, 2010, is modified to appoint the firms Barrack Rodos & Bacine and Chimicles & Tikellis LLP as additional Co-Chairs of the Executive Committee in the BP Shareholder Derivative Litigation.

SIGNED on _13 March_, 2011.

Judge Keith P. Ellison