IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: BP SHAREHOLDER DERIVATIVE LITIGATION | MDL NO. 2185<br><br>Civil Action No. 4:10-cv-3447 |
| In Re: BP P.L.C. SECURITIES LITIGATION | Civil Action No. 4:10-md-2185<br><br>Hon. Keith P. Ellison |

## DECLARATION OF DONA SZAK

DONA SZAK, an attorney admitted to practice before this Court and a partner at Ajamie LLP, counsel for the Derivative Plaintiffs, submits this Declaration in Opposition to Defendants' Motion to Dismiss, and pursuant to 28 U.S.C. § 1746 hereby declares:

Attached hereto are true and correct copies of the following documents:

Exhibit 1.: Bob Dudley, *Lessons of Deepwater Horizon,* Wall St. J., Apr. 20, 2011.

Exhibit 2.: Except from Chief Counsel's Report, *National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling* (2011).

Exhibit 3.: Excerpts from the Jan. 26, 2011 deposition of James Wetherbee (filed under seal).

Exhibit 4.: Order Denying Motion to Dismiss, *In re BP P.L.C. Deriv. Litig.*, No. 3AN-06 11929CI (Alaska Super. Ct. May 17, 2007).

Exhibit 5.: BP Governance Board Performance Report (2010).

Exhibit 6.: A document printed from the BP website entitled: "BP SEEAC Processes."

Exhibit 7.: Notice of BP Annual General Meeting 2011.

Exhibit 8.:   A document printed from the BP website entitled: "Audit Committee Processes."

Exhibit 9.:   A document printed from the BP website entitled: "GoM Committee Process."

Exhibit 10.:  A document printed from the BP website entitled: "28th CERA Executive Conference – Opening speech to the Cambridge Energy Research Association."

Exhibit 11.:  Lamar McKay, Chairman & President, BP America Inc., Speech at Howard Weil Energy Conference: Strengthening Safety, Restoring Trust, Building Value (Mar. 28, 2011).

Exhibit 12.:  A document printed from the BP website entitled: "IOC's: a strategy for growth."

Exhibit 13.:  John M. Broder, *BP Is Fined $25 Million for '06 Spills at Pipelines*, N.Y. Times, March 3, 2011.

Exhibit 14.:  United States v. BP Exploration (Alaska) Inc., No. 3:09-cv-00064-JWS (D. Alaska), Consent Decree [Proposed] (Filed May 3, 2011).

Exhibit 15.:  The Declaration of Stuart Adair.

Dated: May 5, 2011

AJAMIE LLP

By: _____
Dona Szak (Texas Bar No. 19597500)
Thomas R. Ajamie (Texas Bar No. 00952400)
Pennzoil Plaza – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
Tel.: (713) 860-1600
Fax: (713) 860-1699
*Liaison Counsel for the Derivative Plaintiffs*

KAHN SWICK & FOTI, LLC
Lewis S. Kahn
Albert M. Myers
Melinda A. Nicholson
206 Covington Street
Madisonville, Louisiana 70447
Tel.: (504) 455-1400

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
G. Anthony Gelderman III
John Alden Meade (*pro hac vice*)
2727 Prytania Street, Suite 14
New Orleans, Louisiana 70130
Tel.: (504) 899-2339

-and-

|  |  |
|---|---|
|  | Mark Lebovitch (*pro hac vice*)<br>Jeroen van Kwawegen (*pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel.: (212) 554-1400<br><br>*Co-Lead Counsel for the Derivative Plaintiffs* |
| WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>Gregory M. Nespole<br>Robert B. Weintraub<br>270 Madison Avenue<br>New York, NY 10016<br>Tel.: (212) 545-4600<br><br>- and –<br><br>CHIMICLES & TIKELLIS LLP<br>Pamela S. Tikellis<br>Scott M. Tucker<br>Tiffany J. Cramer<br>222 Delaware Avenue, Suite 1100<br>P.O. Box 1035<br>Wilmington, Delaware 19899<br>Tel.: (302) 656-2500 | BARRACK, RODOS & BACINE<br>Mark R. Rosen<br>Two Commerce Square<br>2001 Market Street<br>Suite 3300<br>Philadelphia, PA 19103<br>Tel: (215) 963–0600<br><br>- and –<br><br>Stephen R. Basser<br>One America Plaza<br>600 West Broadway, Suite 900<br>San Diego, California 92101<br>Tel.: (619) 230-0800<br>A. Arnold Gershon<br>425 Park Avenue, Suite 3100<br>New York, NY 10022<br>Tel. (212) 688-0782<br><br>*Co-Chairs of the Executive Committee* |