UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

John P Miles, et al.

v.                                                  Case No.: 4:10−cv−03447
                                                    Judge Keith P Ellison

Anthony B Hayward, et al.
                        Defendant

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/17/11

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Dismiss – #90
Memorandum – #91


Date:   May 27, 2011

                                                                           David J. Bradley, Clerk