IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: BP P.L.C. SECURITIES LITIGATION ) ) ) ) ) ) ) In Re: BP SHAREHOLDER DERIVATIVE LITIGATION ) ) ) ) | MDL NO. 2185<br><br>Civil Action No. 4:10-md-2185<br><br>Hon. Keith P. Ellison<br><br><br><br>Civil Action No. 4:10-cv-3447<br><br>Hon. Keith P. Ellison |

**APPENDIX TO
DERIVATIVE PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF
RULE 59(e) MOTION TO ALTER OR AMEND THE COURT'S ORDER
DATED SEPTEMBER 15, 2011**

1. *In Re Air Crash Over The Mid-Atlantic on June 1, 2009*, 760 F. Supp. 2d 832 (N.D. Cal. 2010), Dkt 140-1

2. *In Re Air Crash Over The Mid-Atlantic on June 1, 2009*, 760 F. Supp. 2d 832 (N.D. Cal. 2010), Dkt 753