IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BP SHAREHOLDER DERIVATIVE LITIGATION | MDL NO. 2185 |
| | Civil Action No. 4:10-cv-03447 |
| | Hon. Keith P. Ellison |
| In Re BP P.L.C. SECURITIES LITIGATION | Civil Action No. 4:10-md-2185 |
| | Hon. Keith P. Ellison |

## NOTICE OF APPEAL

NOTICE is hereby given that City of New Orleans Employees' Retirement System, a plaintiff in the above named case ("Plaintiff"), hereby appeals to the United States Court of Appeals for the Fifth Circuit from:  (1) the Memorandum and Order dated September 15, 2011 dismissing the Verified Consolidated Amended Shareholder Derivative Complaint (Docket Document no. 131 in 10-cv-03447 and Docket Document no. 256 in 10-md-2185, both entered in this action on September 15, 2011); (2) the Memorandum and Order dated November 23, 2011 which denied the Rule 59(e) motion to alter or amend the Court's September 15, 2011 Order which had dismissed the Verified Consolidated Amended Shareholder Derivative Complaint (Docket Document no. 136 in 10-cv-03447 and Docket Document no. 307 in 10-md-2185, both entered in this action on November 23, 2011); and (3) the Final Judgment dated December 8, 2011 (Docket Document no. 138 in 10-cv-03447 and Docket Document no. 311 in

10-md-2185, both entered in this action on December 9, 2011).

DATED: January 3, 2012

                Respectfully submitted,

                Wolf Haldenstein Adler Freeman & Herz LLP

                By: /s/ Robert B. Weintraub
                    Daniel W. Krasner
                    Gregory M. Nespole
                    Robert B. Weintraub
                    270 Madison Avenue
                    New York, New York 10016
                    Tel: (212) 545-4600
                    Fax: (212) 545-4653

676079v4