READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

# TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| USDC Southern District of Texas | H-10-CV-03447 |

Short Case Title: In re BP Shareholder Derivative Litigation
Court Reporter: Cheryll K. Barron

Date Notice of Appeal Filed by Clerk of District Court: Jan 6, 2012
Court of Appeals #: _____ (If Available)

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- [ ] No hearings
- [ ] Transcript is unnecessary for appeal purposes
- [X] Transcript is already on file in Clerk's office
- [ ] This is to order a transcript of the following proceedings: (check appropriate box)
    - Voir dire [ ]; Opening statement of plaintiff [ ]; defendant [ ];
    - Closing argument of plaintiff [ ]; defendant [ ]; Opinion of court [ ];
    - Jury instructions [ ]; Sentencing [ ]; Bail hearing [ ];

United States Courts
Southern District of Texas
FILED
JAN 12 2012
David J. Bradley, Clerk of Court

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| June 17, 2011 Dkt. Doc. Nos. 118, 119 | motion to dismiss oral argument | Judge Keith P. Ellison |

(transcript for appeal 4:10-md-02185, to be consolidated in the 5th Cir., is the identical transcript and need not be transcribed twice.

Transcript's existence and cross-reference is noted on md-02185 docket sheet at Minute Entry 06/17/11 and Doc. No. 215.)

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- [ ] Private funds;
- [ ] Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);
- [ ] Other IFP Funds;
- [ ] Advance Payment waived by reporter;
- [ ] U.S. Government Funds;
- [ ] Other

Signature: _[signed]_
Print Name: Robert B. Weintraub
Address: Wolf Haldenstein Adler Freeman & Herz, 270 Madison Ave., NY, NY 10016

Date Transcript Ordered: _____
Counsel for: City of N. Orleans Employs Retire Sys. Ap__
Phone Number: +1 (212) 545-4600

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- [ ] Satisfactory Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made. Reason: [ ] Deposit not received [ ] Unable to contact ordering party [ ] Other (Specify) _____

Date: _____  Signature of Court Reporter: _____  Telephone: _____
Address of Court Reporter: _____

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

**PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages: _____   Actual Number of Volumes: _____

Date: _____   Signature of Court Reporter: _____

DKT-13 (5/96) modified 01/05 WDTX