## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

625 NORTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401

**ROBERT B. WEINTRAUB**
DIRECT DIAL: 212-545-4689
FACSIMILE: 212-545-4653
weintraub@whafh.com

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

March 19, 2012

**BY ECF**

Mr. David J. Bradley
Clerk of the Court
United States District Court for the Southern District of Texas
Bob Casey United States Courthouse
515 Rusk Street
Houston, Texas 77002

    Re:    *In re B.P. Shareholder Derivative Litigation*, C.A. No. 4:10-cv-3447 (S.D. Tex.); (On appeal to the United States Court of Appeals for the Fifth Circuit, appeal No. 12-20019 as lead case, consolidated with No. 12-20018)

Dear Mr. Bradley:

    This firm is counsel for Plaintiff City of New Orleans Employees' Retirement System in the above-referenced action, and I am an attorney of record with this Court in the appeal.

    Kindly consider this letter as our request for a CD containing an electronic copy of the certified record on appeal in the above referenced action, 10-cv-3447, including all exhibits. We request that the CD be mailed to my attention at the offices of Wolf Haldenstein Adler Freeman & Herz, 270 Madison Avenue New York, New York 10016.

    Thank you for your assistance.

Respectfully,

Robert B. Weintraub

cc:    All Counsel of Record (via ECF)

/682915v2

